IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD J. SKELTON and**
**DAWN L. SKELTON,**

**Plaintiffs,**

v.

**LEE DAVIS and**
**CONSOLIDATED FABRICATION**
**AND CONSTRUCTION, INC.,**

**Defendants.**                                          No. 07-CV-106-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 14), **IT IS ORDERED** that this action is hereby dismissed with prejudice.  Each party to bear its own costs.  Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2007.

/s/      David   RHerndon
**United States District Judge**