**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

RICHARD J. SKELTON and )
DAWN SKELTON, )
      Plaintiffs, )
      VS. ) NO. CV 07-106-DRH
LEE DAVIS and CONSOLIDATED )
FABRICATION AND CONSTRUCTORS, )
INC., )
      Defendants. )

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

    The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    **DATED: May 10, 2007.**

                                       NORBERT G. JAWORSKI, Clerk

                                       s/Patricia A. Brown
                                       By: Patricia A. Brown, Deputy Clerk

**APPROVED:** /s/    David   RHerndon
                    DISTRICT JUDGE